**STATE of Missouri, Respondent,**

v.

**Patrick LUTON, Appellant.**

**No. WD 57563.**

Missouri Court of Appeals, Western District.

Dec. 26, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst.Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, Chief Judge, ULRICH, Judge, and EDWIN H. SMITH, Judge.

## ORDER

Patrick Luton appeals the circuit court's judgment convicting him of assault in the first degree. We affirm. Rule 30.25(b).